WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and TRAIL RIDGE COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00079-JAD-GWF<br><br>**STIPULATION AND ORDER TO STAY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION; DANIEL PALACIOS, an individual,<br><br>Counter/Cross-Defendants. | |

# STIPULATION AND ORDER TO STAY

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20 ("U.S. Bank"), Defendant/Counterclaimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Trail Ridge Community Association ("Trail Ridge"), by and through their respective counsels of record, hereby stipulate as follows in accordance with LR6-1 and LR 26-4.

WHEREAS the above-captioned matter concerns declaratory relief claims regarding real property located at 8400 Lower Trailhead Avenue, Las Vegas, Nevada 89113 (the "Property").

WHEREAS Defendant, SFR Investments Pool 1, LLC ("SFR"), claims it acquired title to the Property following an Association foreclosure sale under NRS Chapter 116, and further claims said foreclosure eliminated that Deed of Trust recorded with the Clark County Recorder's Office on September 27, 2006, as Book and Instrument Number 20060927-0005019.

WHEREAS Defendant, Trail Ridge Community Association, initiated non-judicial foreclosure proceedings before the Nevada Supreme Court decision in SFR Investments Pool 1 v. U.S. Bank, N.A., 334 P.3d 408 (Nev. 2014).

WHEREAS on August 12, 2016, the Ninth Circuit issued its decision in Bourne Valley Court Tr. v. Wells Fargo Bank, N.A., 832 F.3d 1154, 1159-60 (9th Cir. 2016) holding that NRS Chapter 116 is facially unconstitutional.

WHEREAS, the parties dispute whether the outcome of the Certified Question will have any affect on the application and binding nature of the Bourne Valley decision upon this Court.

WHEREAS on April 21, 2017, the U.S. District Court for the District of Nevada issued an Order in The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2006-6 v. Star Hill Homeowners Association et al., Case No. 2:16-cv-025610-RFB-PAL, certifying to the Nevada Supreme Court the question: "Whether NRS § 116.31168(1)'s incorporation of NRS § 107.090 required a homeowner's association to provide notices of default and/or sale to persons or entities holding a subordinate interest even when such persons or entities did not request notice, prior to the amendments that took effect on Oct. 1, 2015?" ECF No. 41, 7:1-4. The Nevada

Supreme Court issued an Order Accepting Certified Question on June 13, 2017. It has not yet been scheduled for oral argument.

NOW WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that staying this case pending decision from the Nevada Supreme on the Certified Question will enable the parties to present arguments and evidence to this Court at an appropriate time with complete legal authority, thereby promoting the most efficient use of the Court's and the parties' limited resources. Staying the case pending the decision from the Nevada Supreme Court on the Certified Question will also enable the parties to continue ongoing settlement discussions.

IT IS FURTHER STIPLATED AND AGREED that either party may file a written motion to lift stay at any time either party determines it appropriate, and either party may file an opposition to the motion.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1   IT IS FURTHER STIPULATED AND AGREED that all proceedings in this lawsuit are
2   stayed, and all upcoming deadlines, hearings and conferences, including the deadline to file
3   dispositive motions and the pre-trial order, shall be vacated pending the stay.

DATED this 6th day of December, 2017.          DATED this 6th day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP                       KIM GILBERT EBRON

*/s/ Lindsay D. Robbins, Esq.*                  */s/ Karen L. Hanks, Esq.*
Lindsay D. Robbins, Esq.                        Karen L. Hanks, Esq.
NV Bar No. 13474                                NV Bar No. 9578
*Attorneys for Plaintiff*                       *Attorneys for SFR Investment Pool 1, LLC*

DATED this 6th day of December, 2017.

BOYACK ORME & ANTHONY

*/s/ Christopher B. Anthony, Esq.*
Christopher B. Anthony, Esq.
NV Bar No. 9748
*Attorneys for Trail Ridge Community Association*

**ORDER**

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
*Attorneys for Plaintiff*