WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11731
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and TRAIL RIDGE COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00079-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS U.S. BANK'S CLAIMS AGAINST TRAIL RIDGE COMMUNITY ASSOCIATION WITH PREJUDICE**<br><br>ECF No. 37 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION; DANIEL PALACIOS, an individual,<br><br>Counter/Cross-Defendants. | |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20 (hereinafter "U.S. Bank") and Defendant, Trial Ridge Community Association (hereinafter "Trial Ridge"), by and through their undersigned and respective counsel of record, and hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all claims against Trial Ridge by U.S. Bank are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that that each party shall bear its own fees and costs incurred in this action.

DATED this 12th day of October, 2018.   DATED this 12th day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP   BOYACK ORME & ANTHONY

*/s/ Lindsay D. Robbins, Esq.*   */s/ Christopher B. Anthony, Esq.*
Lindsay D. Robbins, Esq.   Christopher B. Anthony, Esq.
*Attorneys for Plaintiff*   *Attorneys for Trail Ridge Community Association*

### ORDER

Based on the stipulation between plaintiff and defendant Trail Ridge Community Association **[ECF No. 37]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Trail Ridge Community Association are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 15, 2018