WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; and TRAIL RIDGE COMMUNITY ASSOCIATION, <br><br> Defendant. | Case No: 2:17-cv-00079-JAD- EJY <br><br> **STIPULATION AND ORDER TO DISMISS** <br><br><br> ECF No. 61 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION; DANIEL PALACIOS, an individual, <br><br> Counter/Cross-Defendants. | |

## STIPULATION AND ORDER TO DISMISS

COMES NOW, Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20 (hereinafter "U.S. Bank"), by and through its attorney of record, Lindsay D. Robbins, Esq., of the law firm of Wright Finlay & Zak LLP; and Defendant/Counterclaimant, SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq., of the law firm Kim Gilbert Ebron (collectively, the "Parties"), hereby stipulate that, pursuant to settlement amongst the Parties, all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

///

///

///

///

///

///

///

Nothing in this Stipulation shall not be construed and is not intended to affect any outstanding claims or judgments SFR may have against any other parties, i.e. Mortgage Electronic Registration Systems, as Nominee for HOME123 Corporation and Daniel Palacios.

DATED this 14th day of May, 2020.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Lindsay D. Robbins* | */s/ Jacqueline A. Gilbert* |
| Lindsay D. Robbins, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 10593 |
| 7785 W. Sahara Ave., Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 8911 | Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20* | *Attorneys for Defendant/Counterclaimant, SFR Investments Pool I, LLC* |

**ORDER**

Based on the stipulation between U.S. Bank National Association and SFR Investments Pool I, LLC [ECF No. 61], IT IS HEREBY ORDERED that all claims by and between U.S. Bank and SFR are DISMISSED with prejudice, each side to bear its own fees and costs.   SFR has until 6/12/2020 to dismiss any remaining claim or file necessary motions to bring those claims to conclusion.  If SFR fails to take such action by this deadline, the court may deem any remaining claims as abandoned and dismiss them sua sponte.

_____
U.S. District Judge
5-15-2020