WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20,<br><br>　　　　Plaintiff,<br>　vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and TRAIL RIDGE COMMUNITY ASSOCIATION,<br><br>　　　　Defendant.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　Counter/Cross Claimant,<br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION; DANIEL PALACIOS, an individual,<br><br>　　　　Counter/Cross-Defendants. | Case No.: 2:17-cv-00079-JAD-EJY<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20 ("Plaintiff"), by and through its attorneys of record, Lindsay D. Robbins, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Lindsay D. Robbins, Esq. Subsequent filings have been made and Previous Attorney is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorney receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed from the Service List in this matter.

DATED this 27th day of May, 2020.

> WRIGHT, FINLAY & ZAK, LLP
>
> /s/Lindsay D. Robbins
> Lindsay D. Robbins, Esq.
> Nevada Bar No. 13474
> 7785 W. Sahara Avenue, Suite 200
> Las Vegas, NV 89117
> *Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2020