Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and TRAIL RIDGE COMMUNITY ASSOCIATION,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION; DANIEL PALACIOS, an individual,<br><br>Counter/Cross-Defendants. | Case No.  2:17-cv-00079-JAD-GWF<br><br>**JUDGMENT BY DEFAULT AGAINST MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME123 CORPORATION AND DANIEL PALACIOS**<br><br>ECF No. 67 |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") motion for

- 1 -

default judgment against Cross-Defendants Mortgage Electronic Registration Systems, Inc., as Nominee for Home123 Corporation ("MERS") and Daniel Palacios ("Palacios"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On March 9, 2017, SFR filed a Cross-Claim (ECF No. 12) for quiet title and declaratory relief against MERS and Palacios ("Cross-Claim") relating to real property 8400 Lower Trailhead Ave., Las Vegas, Nevada 89113, APN: 176-21-210-113 ("Property").

2. MERS and Palacios failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against MERS on May 28, 2019 (ECF No. 44) and against Palacios on May 29, 2019 (ECF No. 46).

3. Palacios is not incompetent, an infant or serving in the United States military.

4. SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against MERS and Palacios.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Default Judgment **[ECF No. 67] is GRANTED** and it is hereby declared that Cross-Defendants, MERS and Palacios, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claim against, or the defenses of, any other party to this case.

…

…

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

And as this order resolves all remaining claims, the Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
Dated: 8-18-2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 12th day of June, 2020.

- 3 -